IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.  2:15-CV-899-WKW |
| | ) |
| WALMART, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On January 8, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 6.)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and for failure comply with the orders of the court.

A separate final judgment will be entered.

DONE this 10th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE